RECEIVED
AUG 10 2017
BY MAIL

FILED
AUG 10 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Dear Courts,

8-8-17

My name is Justin William Woodson. My case number is NO. 4:13MC00306 SCH. I am writing this letter to terminate my counsel. The reasons why is because, lack of communication. I can't call him, he doesn't let me know when he's coming to see me so I can prepair for his visits. He gives me inncomplete answer to my answers or doesn't answer my question at all and instead try to get me to cooperate or take a plea of guilty even though I done told him I am not taking no pleas and I dont want know more counscel that aint trying to work with me or try to make me plea guilty. I have a high profile case and at this stage I should at lest have the following & every name of every officer involved in my case. I also want the Gps on all the officers vechile involved in investaging me, and numerous other things but, I am not going to reveal them in this letter.

from Justin Woodson

Justin Woodson
65 Business Park Dr.
Troy MO 63379

RECEIVED
AUG 10 2017
BY MAIL

ATTN: U.S. Court Clerk
111 S. Tenth Street
St. Louis, MO 63102

63102-112599